UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TAGLIAFERRI,<br><br>          Plaintiff,<br><br>    v.<br><br>PALOMAR SPECIALTY INSURANCE COMPANY, et al.,<br><br>          Defendants. | Case No. 25-cv-02148-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. Nos. 14, 15 |

On April 30, 2025, Defendants filed motions to dismiss. (Dkt. Nos. 14, 15.) Pursuant to the parties' stipulation, Plaintiff's amended complaint or opposition was due by June 13, 2025. (Dkt. Nos. 18, 20.)

To date, Plaintiff has not filed an amended complaint, opposition, or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before June 26, 2025, 1) to file an amended complaint, opposition, or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the amended complaint or opposition was not timely filed. Should an opposition be filed, Defendants may file a reply on or before July 3, 2025.

IT IS SO ORDERED.

Dated: June 16, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge