UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY TAGLIAFERRI,<br><br>    Plaintiff,<br><br>    v.<br><br>PALOMAR SPECIALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 25-cv-02148-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. Nos. 27, 28 |

On July 10, 2025, Defendants filed a motion to dismiss and a motion to strike. Pursuant to Civil Local Rule 7-3(a), Plaintiff's oppositions were due 14 days after the motion was filed, which was July 24, 2025.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before July 31, 2025, 1) to file an opposition or statement of non-opposition to the pending motions, and 2) to file a response to this order to show cause explaining why the oppositions were not timely filed. Should an opposition be filed, Defendants may file a reply on or before August 7, 2025.

IT IS SO ORDERED.

Dated: July 25, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge